# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARGARET THAYER,
            Appellant,

vs.

SHARATH CHANDRA,
ADMINISTRATOR, REAL ESTATE
DIVISION, DEPARTMENT OF
BUSINESS & INDUSTRY, STATE OF
NEVADA; AND REAL ESTATE
COMMISSION, STATE OF NEVADA,
            Respondents.

No. 75977

FILED

NOV 09 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The court will take no action on the October 18, 2018, motion to stay.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. William D. Kephart, District Judge
      Robert F. Saint-Aubin, Settlement Judge
      Lipson Neilson P.C.
      Attorney General/Carson City
      Attorney General/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-903708